UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| KEVIN D. MCGEE, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 4:17-CV-259 RWS |
| MARK STRINGER, et al., | ) |  |
| Defendants. | ) |  |

## MEMORANDUM AND ORDER

Plaintiff seeks leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. The motion is granted. Additionally, this action is dismissed pursuant to 28 U.S.C. § 1915(e).

**Standard of Review**

Under 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint filed in forma pauperis if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. To state a claim for relief, a complaint must plead more than "legal conclusions" and "[t]hreadbare recitals of the elements of a cause of action [that are] supported by mere conclusory statements." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). A plaintiff must demonstrate a plausible claim for relief, which is more than a "mere possibility of misconduct." *Id.* at 679. "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.* at 678. Determining whether a complaint states a plausible claim for relief is a context-specific task that requires the reviewing court to draw on its judicial experience and common sense. *Id.* at 679.

### The Complaint

Plaintiff is civilly committed at the Southeast Missouri Mental Health Center ("SMMHC"). Defendants are attorneys with the Office of the Attorney General and officials at SMMHC. Plaintiff says, "[defendants] all have dealt with me extensively and hindered me under Due Process of Law." There are no other allegations in the complaint.

### Discussion

Plaintiff's allegations are entirely conclusory and fail to allege facts, which if proved, would entitle him to relief. Moreover, his claims are barred by sovereign immunity. *See Will v. Michigan Dep't of State Police*, 491 U.S. 58, 71 (1989). As a result, the complaint must be dismissed pursuant to 28 U.S.C. § 1915(e).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

An Order of Dismissal will be filed forthwith.

Dated this 3rd day of February, 2017.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE